**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Almany Ismael Bangoura, individually and on behalf of all others similarly situated, :<br>:<br>:<br>*Plaintiff,* :<br>:<br>v. :<br>:<br>Beiersdorf, Inc. and Bayer Healthcare, LLC, :<br>:<br>*Defendant.* :<br>: | Case No.: 1:22-cv-00291-BMC<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that on a date and time to be determined by the Court, Plaintiff will move the Court pursuant to Federal Rule of Civil Procedure 23(e) and upon the accompanying Memorandum of Law and the Declaration of Jason P. Sultzer, Esq., for an Order: 1) preliminarily approving this proposed class action settlement; 2) preliminarily certifying the class for settlement purposes; and 3) granting approval of the proposed notice plan.

Dated: August 1, 2022                    Respectfully submitted,


                                          By: */s/ Jason P. Sultzer*

                                              Jason P. Sultzer

                                          **THE SULTZER LAW GROUP P.C.**
                                          Jason P. Sultzer, Esq.
                                          Joseph Lipari, Esq.
                                          Daniel Markowitz, Esq.
                                          85 Civic Center Plaza, Suite 200
                                          Poughkeepsie, NY 12601
                                          Tel: (845) 483-7100
                                          Fax: (888) 749-7747
                                          E-Mail: sultzerj@thesultzerlawgroup.com
                                                     liparij@thesultzerlawgroup.com
                                                     markowitzd@thesultzerlawgroup.com

**LEVIN SEDRAN & BERMAN**
Charles E. Schaffer, Esq.*
David C. Magagna Jr., Esq.*
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: 215-592-1500
E-Mail: dmagagna@lfsblaw.com
cschaffer@lfsblaw.com

*Admitted *Pro Hac Vice*

*Attorneys for Plaintiff and the Settlement Class*