UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Almany Ismael Bangoura, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>Beiersdorf, Inc. and Bayer Healthcare, LLC,<br><br>*Defendant.* | Case No.: 1:22-cv-00291-BMC<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that on a date and time to be determined by the Court, pursuant to Federal Rule of Civil Procedure Rule 23 and the Court's Preliminary Approval Order (ECF No. 36), Plaintiff Almany Ismael Bangoura, individually and on behalf of all others similarly situated ("Plaintiff"), will move this Court for an entry of a Final Order and Judgment: (1) confirming his appointment as the class representative for the Class; (2) confirming appointment of Class Counsel; (3) confirming and making final the Court's certification of the Class for settlement purposes only; and (4) granting final approval of the Settlement.

Dated: December 30, 2022

Respectfully submitted,

By: */s/ Jason P. Sultzer*

Jason P. Sultzer

**THE SULTZER LAW GROUP P.C.**
Jason P. Sultzer, Esq.
Joseph Lipari, Esq.
Daniel Markowitz, Esq.
270 Madison Avenue, Suite 1800
New York, NY 10016
Tel: (845) 483-7100
Fax: (888) 749-7747

E-Mail: sultzerj@thesultzerlawgroup.com
liparij@thesultzerlawgroup.com
markowitzd@thesultzerlawgroup.com

**LEVIN SEDRAN & BERMAN**
Charles E. Schaffer, Esq.*
David C. Magagna Jr., Esq.*
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: 215-592-1500
E-Mail: dmagagna@lfsblaw.com
cschaffer@lfsblaw.com

*Admitted *Pro Hac Vice*

*Attorneys for Plaintiff and the Settlement Class*